ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**AMERICAN IMAGING SERVICES, INC., Plaintiff–Appellant,**

v.

**INTERGRAPH CORP., Defendant–Appellee.**

No. 04–1050.

United States Court of Appeals, Federal Circuit.

March 16, 2004.

Paul V. Storm, Principal Attorney, Robin L. Barnes, John W. MacPete, Storm & Hemingway, of Counsel, Dallas, TX, for Plaintiff–Appellant.

Daniel J. Furniss, Principal Attorney, Byron W. Cooper, Townsend and Townsend, of Counsel, Palo Alto, CA, David Vance Lucas, Intergraph Corporation, of Counsel, Huntsville, AL, Catherine E. Stetson, Hogan & Hartson, of Counsel, Washington, DC, for Defendant–Appellee.

**AXCELIS TECHNOLOGIES, INC., Plaintiff–Appellant,**

v.

**APPLIED MATERIALS, INC., Defendant–Appellee.**

No. 03–1636.

United States Court of Appeals, Federal Circuit.

March 16, 2004.

J. Anthony Downs, Principal Attorney, Paul F. Ware, Jr., John C. Englander, of Counsel, Goodwin Procter, Boston, MA, for Defendant–Appellee.

Thomas F. Holt, Jr., Principal Attorney, Tara C. Cacciabaudo, of Counsel, Kirkpatrick & Lockhart, Boston, MA, Robert D. Yeager, Patrick J. Mcelhinny, of Counsel,